## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

RICHARD HENDRICKSON,

      Plaintiff,

v.

                          Case No.: _____

BLITZ U.S.A., INC., a foreign
corporation,

      Defendant.

_____/

### COMPLAINT AND JURY DEMAND

Plaintiff, RICHARD HENDRICKSON ("Mr. Hendrickson"), hereby sues Defendant,

BLITZ U.S.A., INC., a foreign limited liability corporation ("Blitz"), and states:

### Jurisdiction and Venue

1.      This is an action for damages in excess of Seventy-Five Thousand Dollars

($75,000.00), exclusive of interest and costs, thus vesting this Court with jurisdiction under

28 U.S.C. §1332. Additionally, venue is proper pursuant to 28 U.S.C. §1391.

2.      At all relevant times, Mr. Hendrickson was and remains a citizen of the State

of Florida who resides in this District.

3.      At all times material to this lawsuit, Defendant, Blitz, was a foreign

corporation with its domestic office located at 404 26th Avenue NW, Miami, Oklahoma

74354. Blitz's registered agent is Rocky Flick, 404 26th Avenue NW, Miami, Oklahoma

74354.

4.    Defendant, Blitz, submitted itself to the jurisdiction of this Honorable Court by, doing personally or through its agents, at all times material to this cause of action, the following acts:

    (a)    Conducting and engaging in substantial business and other activities in Florida by selling and/or delivering defective Portable Gasoline containers, including the Subject Portable Gasoline Container, to persons, firms, or corporations in this state via its distributors, dealers, wholesalers, and brokers.  Such products were used by consumers in Florida in the ordinary course of commerce and trade;

    (b)    Committing a tortious act within this state by selling and delivering defective portable gasoline containers, including the Subject Portable Gasoline Container, to persons, firms, or corporations in this state via its distributors, dealers, wholesalers, and brokers.  Such products were used by consumers in Florida in the ordinary course of commerce and trade;

    (c)    Causing injury to persons in Florida, including Mr. Hendrickson. At or about the time said injuries occurred, Defendant engaged in solicitation activities in Florida to promote the sale, consumption, use of their products and such products were consumed within Florida in the ordinary course of commerce, and Defendant was engaged in substantial and not isolated activity within this state; and

    (d)    Selling and delivering defective portable gasoline containers to persons, firms, or corporations via its distributors, dealers, wholesalers, and brokers, with knowledge or reason to foresee that they would be shipped in interstate commerce and would reach the market of Florida users or consumers.

### The Incident

5.    On or about May 7, 2007, Mr. Hendrickson picked up a five gallon portable gasoline container bearing the "BLITZ" trademark (the "Subject Portable Gasoline Container" or the "Container"), which he believe was empty.  As Mr. Hendrickson was carrying the Subject Gasoline Container he passed an open source of fire and when he did the

2

Container suddenly and unexpectedly exploded.  As a result, Mr. Hendrickson sustained severe and catastrophic burns over a substantial portion of his body.

## COUNT I
## Strict Liability Against Defendant

6.       Paragraphs 1 through 5 are realleged as if restated verbatim herein.

7.       Defendant, Blitz, engages in the business of designing, developing, manufacturing, producing, creating, molding, constructing, marketing, selling and distributing Portable Gasoline Containers to the public, including the Subject Portable Gasoline Container.

8.       Defendant, Blitz, placed the Subject Portable Gasoline Container on the market with knowledge that it would be used without inspection for defects and dangers. Defendant, Blitz, knew or should have known that ultimate users, operators or consumers would not and could not properly inspect the Subject Portable Gasoline Container for defects and dangerous conditions, and that detection of such defects and dangers would be beyond the capabilities of such persons.

9.       On May 7, 2007, the Subject Portable Gasoline Container was substantially unchanged from its condition when sold and distributed by Defendant, Blitz.

10.       The Subject Portable Gasoline Container was defective and unreasonably dangerous to consumers, including Mr. Hendrickson, when sold and distributed by Blitz. The defects in the Subject Portable Gasoline Container include, but are not limited to:

> (a)       The Subject Portable Gasoline Container was designed and manufactured in such a manner that it failed to operate or perform as safely as an ordinary consumer would expect;

3

(b)   The Subject Portable Gasoline Container was designed and manufactured in such a manner that it had an unreasonable propensity to suddenly and unexpectedly ignite and explode under normal and foreseeable handling conditions;

(c)   Defendant, Blitz, failed to incorporate technologically available and economically feasible alternative designs and components, including but not limited to flame arresters and/or explosion suppression materials, into the Subject Portable Gasoline Container that would prevent it from igniting or exploding under normal and foreseeable conditions; and

(d)   The Subject Portable Gasoline Container was not equipped with adequate warnings to appropriately advise consumers of the dangers and hazards associated with handling the Container.

11.    For the reasons set forth above, the Subject Portable Gasoline Container was unreasonably dangerous to foreseeable users at the time the Defendant released it into the stream of commerce, including Mr. Hendrickson, who used the Subject Portable Gasoline Container in an ordinary and foreseeable manner.

12.    The defects described above directly and proximately caused Mr. Hendrickson's injuries in that they directly, and in natural and continuous sequence, produced or contributed substantially to his injuries.

13.    As a direct and proximate result of the foregoing, Mr. Hendrickson sustained serious bodily injuries, disfigurement, resulting in pain and suffering, impairment, disability, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical care and treatment and loss of the ability to earn money.

WHEREFORE, Plaintiff, RICHARD HENDRICKSON, demands judgment against Defendant, BLITZ U.S.A., INC., for compensatory damages, costs, and interest as allowed by law, and for such other relief as the Court deems just, and demands a trial by jury on all

issues so triable as a matter of right.

## COUNT II
### <u>Negligence Against Blitz</u>

14.     Paragraphs 1 through 5 are realleged as if restated verbatim herein.

15.     Defendant, Blitz, designed and manufactured the Subject Portable Gasoline Container.

16.     <u>DUTY</u>: Defendant, Blitz, was under a duty to properly and adequately design, manufacture, test, inspect, label, provide adequate warnings for, package, distribute and sell the Subject Portable Gasoline Container in a reasonably safe condition so as not to present a danger to members of the general public, including Mr. Hendrickson, who reasonably, expectedly and, under ordinary circumstances, would come into contact with the Subject Portable Gasoline Container.

17.     <u>BREACH</u>: Defendant, Blitz, breached its duty of reasonable care owed to Mr. Hendrickson in one or more of the following ways:

(a)     Negligently failing to design and manufacture the Subject Portable Gasoline Container so that it was fit for the purposes for which it was intended;

(b)     Negligently failing to design and manufacture the Subject Portable Gasoline Container to perform as safely as an ordinary consumer would expect under normal and ordinary use;

(c)     Negligently designing and manufacturing the Subject Portable Gasoline Container such that it ignited and exploded under normal and foreseeable handling conditions;

(d)     Negligently designing and manufacturing the Subject Portable Gasoline Container such that it was unreasonably dangerous to users, including Mr. Hendrickson;

(e)    Negligently failing to conduct adequate testing on the Subject Portable Gasoline Container before releasing it into the stream of commerce; and

(f)    Negligently designing and manufacturing the Subject Portable Gasoline Container with inadequate warnings and instructions, or the absence of warnings and instructions, to alert users to the hazards and dangers associated with handling the Container.

21.    <u>CAUSATION:</u>  The negligence described above directly and proximately caused Mr. Hendrickson's injuries in that they directly, and in natural and continuous sequence, produced or contributed substantially to his injuries.

22.    <u>DAMAGES:</u>  As a direct and proximate result of the foregoing, Mr. Hendrickson sustained serious bodily injuries, disfigurement, resulting in pain and suffering, impairment, disability, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical care and treatment and loss of the ability to earn money.

WHEREFORE, Plaintiff, RICHARD HENDRICKSON, demands judgment against Defendant, BLITZ U.S.A., INC., for compensatory damages, costs, and interest as allowed by law, and for such other relief as the Court deems just, and demands a trial by jury on all issues so triable as a matter of right.

### Jury Demand

Plaintiff hereby demands a jury trial on all issues so triable.

WHEREFORE, Plaintiff, RICHARD HENDRICKSON, prays that upon final judgment, he may have and recover: trial by jury which is hereby demanded; judgment against Defendant, BLITZ U.S.A., INC.; pre-judgment interest as allowed by law; post-judgment interest as allowed by law; actual damages; cost of suit; and such other relief, at

law or equity, to which Plaintiff may be justly entitled.

Respectfully submitted this _12th_ day of February, 2009.

C. RICHARD NEWSOME, ESQUIRE
Florida Bar No.:  827258
Email: newsome@newsomelaw.com
**ANDREW F. KNOPF, ESQUIRE**
Florida Bar No.:  658871
Email: knopf@newsomelaw.com
NEWSOME LAW FIRM
20 North Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile:  (407) 648-5282
*Attorneys for Plaintiff*