IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD HENDRICKSON,

    Plaintiffs,

v.                                        CASE NO.: 1:09cv32-SPM/AK

BLITZ U.S.A., INC., a foreign corporation,

    Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Defendant's Unopposed Motion for Extension of Time to Answer Complaint (doc. 4) is granted. Defendants shall have up to and including April 7, 2009, to file and serve a response to the complaint.

SO ORDERED this 27th day of March, 2009.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge