
## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**RICHARD HENDRICKSON,**

    **Plaintiff,**

**vs.**                                                    **CASE NO. 1:09CV32-SPM/AK**

**BLITZ U.S.A., INC.,**

    **Defendant.**

_____/

## O R D E R

Presently before the Court is the Joint Motion to Extend Deadline to Disclose Expert Reports. (Doc. 20). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff's deadline extended through March 3, 2010 and Defendant's deadline extended through April 16, 2010.

**DONE AND ORDERED** this **14th** day of January, 2010.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**