UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD HENDRICKSON,   CASE NO.: 01:09-cv-00032-SPM-AK

    Plaintiff,

vs.

BLITZ U.S.A., INC., a foreign corporation,

    Defendant.
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on the 3rd day of February, 2010.

The conference resulted in the following:

__X__    The case was completely settled. Counsel will submit a notice or stipulation for dismissal or other final disposition.

_____    The parties reached an impasse as to all issues.

_____    The parties settled the following issues:

    (a) _____

    (b) _____

_____    The parties did not settle the following issues:

    (a) _____

    (b) _____

_____    The case was set for trial on _____ and should be removed from the trial docket.

_____   The mediation conference was adjourned/continued.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished by electronic mail to **Andrew F. Knopf, Esq.**, (Attorney for Plaintiff) Newsome Law Firm at knopf@newsomelaw.com, to **Victor M. Halbach, Jr., Esq.**, (Attorney for Defendant) Marks Gray, P.A. at vhalbach@marksgray.com and to **James Scott Murphy, Esq.**, (Attorney for Defendant) Garrity, Graham, Murphy, Garofalo & Flinn, P.C. at jsm@garritygraham.com by electronic mail this __4th__ day of **February, 2010.**


        *s/ Dudley D. Birder, Jr.* _____
        **Dudley D. Birder, Jr., Mediator**
        Florida Bar No: 907707
        Mediation Cert. No.: 11314R
        1301 Plantation Island Drive South
        Suite 206B
        St. Augustine, Florida 32080
        (904) 471-4640
        (904) 471-4417 Fax