IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD HENDRICKSON,

    Plaintiffs,

v.                                    CASE NO.: 1:09cv32-SPM/AK

BLITZ U.S.A., INC., a foreign corporation,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Disposition Report (doc. 22) advising that the case was completely settled and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 8th day of February, 2010.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge